| | |
|---|---|
| 1 | John A. McGuinn (State Bar No. 036047) |
| 2 | Noah D. Lebowitz (State Bar No. 194982) |
|   | McGuinn, Hillsman & Palefsky |
| 3 | 535 Pacific Avenue |
|   | San Francisco, CA  94133 |
| 4 | Telephone: 415/421-9292 |
|   | Facsimile:  415/403-0202 |
| 5 | |
| 6 | Attorneys for Plaintiff |
|   | TOM FRENCH |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| TOM FRENCH, | Case No.  C 05-04037 CRB |
| Plaintiff | **STIPULATION FOR DISMISSAL OF ACTION** |
| v. | [F.R.Civ.P. 41(a)(1)] |
| HUB GROUP, INC., a Delaware corporation, HUB GROUP GOLDEN GATE, LLC, a Delaware limited liability company, and Does 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby STIPULATE to dismiss this action in its entirety, with prejudice.  The parties further STIPULATE that each side will bear their own fees and costs.

STIPULATION FOR DISMISSAL OF ACTION                                                              1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:   March 23, 2006 | MCGUINN, HILLSMAN & PALEFSKY<br>Attorneys for Plaintiff |
| 3 | | |
| 4 | | by: _____/s/_____ |
| 5 | | Noah D. Lebowitz |
| 6 | | |
| 7 | Dated: March 23, 2006 | SEYFARTH SHAW LLP<br>Attorneys for Defendants |
| 8 | | |
| 9 | | by: _____/s/_____ |
| 10 | | Michael J. Burns |

March 28, 2006

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR DISMISSAL OF ACTION                                    2