John A. McGuinn (State Bar No. 036047)
Noah D. Lebowitz (State Bar No. 194982)
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133
Telephone: 415/421-9292
Facsimile: 415/403-0202

Attorneys for Plaintiff
TOM FRENCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| TOM FRENCH,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>HUB GROUP, INC., a Delaware corporation, HUB GROUP GOLDEN GATE, LLC, a Delaware limited liability company, and Does 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. C 05-04037 CRB<br><br>**STIPULATION FOR DISMISSAL OF ACTION**<br><br>[F.R.Civ.P. 41(a)(1)] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby STIPULATE to dismiss this action in its entirety, with prejudice. The parties further STIPULATE that each side will bear their own fees and costs.

STIPULATION FOR DISMISSAL OF ACTION                                                                 1

```
1
2   Dated:   March 23, 2006                    MCGUINN, HILLSMAN & PALEFSKY
                                                Attorneys for Plaintiff
3
4
                                                by: _____/s/_____
5                                                      Noah D. Lebowitz
6
7   Dated: March 23, 2006                      SEYFARTH SHAW LLP
                                                Attorneys for Defendants
8
9
                                                by: _____/s/_____
10                                                     Michael J. Burns
11
12
    March 28, 2006
13
14
15                    [SEAL: UNITED STATES DISTRICT COURT
16                     NORTHERN DISTRICT OF CALIFORNIA
                       IT IS SO ORDERED
17                     Judge Charles R. Breyer]
18
19
20
21
22
23
24
25
26
27
28
```

STIPULATION FOR DISMISSAL OF ACTION                                         2